IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK TETI,

    Plaintiff,

vs.                                                    CASE NO.: 1:07cv230-SPM/AK

GORGON MANSFIELD, Acting Secretary
of the Department of Veterans Affairs, and
GEORGE H. GRAY, JR., Network Director
of VISN 8, Department of Veterans Affairs,

    Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon consideration, Defendants' unopposed motion (doc. 4) for a sixty-day extension of time to respond to the complaint is granted. Defendants shall have up to and including March 18, 2008, to file and serve their response to the complaint.

SO ORDERED this 28th day of January, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge